IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. 24-MJ-2570-EA |
| MICHAEL TEEKAYE | * | |

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by **James Wyda (FPD)**, and the Government was represented by Assistant United States Attorney **Christina Hoffman**, it is

**ORDERED,** this 15th day of October 2024, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Erin Aslan
United States Magistrate Judge